**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Marlene Jean Orosco v. The State of Texas

Appellate case number:   01-20-00328-CR

Trial court case number: 1595760

Trial court:             180th District Court of Harris County

      This Court has become aware that the trial court signed an order on June 6, 2020, terminating appellant's deferred adjudication community supervision and discharging appellant.

      The Harris County District Clerk shall file a supplemental clerk's record **within 10 days of the date of this order** including the trial court's June 6, 2020 order granting appellant early release from deferred adjudication community supervision

      It is so ORDERED.


Judge's signature: _____/s/ Peter Kelly_____
            ☑ Acting individually    ☐ Acting for the Court


Date:  ___May 25, 2021_____